IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK JASMINE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 22-1114 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Patricia L. Dodge |
| JUSTINE GAINEY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Patricia L. Dodge for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On August 11, 2022, the Magistrate Judge issued a Report (Doc. 4) recommending that this case be dismissed for lack of subject matter jurisdiction. Service of the Report and Recommendation ("R&R") was made on Plaintiff, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the R&R, it hereby is **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**; and the Magistrate Judge's R&R (**Doc. 4**) is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

October 18, 2022

s/Cathy Bissoon
Cathy Bissoon
United States District Judge

cc (via First-Class U.S. Mail):
Mark Jasmine
123 Iron Bridge Rd.
Sarver, PA 16055